**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ **Division**

In re: Martin Burke                                               Case No.   15-12307-RGM

                    Debtor(s)

                                                                  Chapter 11

### ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 11

The debtor(s) in this case filed a petition under Chapter 13 of the Bankruptcy Code on  July 3, 2015 , and on  September 3, 2015 , filed a motion to convert to one under Chapter 11. Accordingly, it is

**ORDERED** that:

1. This case is converted to one under Chapter 11 of the Bankruptcy Code;

2. The trustee in the Chapter 13 case, pursuant to Federal Rules of Bankruptcy Procedure 1019(5), shall file a final report and account as required by 11 U.S.C. §§ 1302(b)(1) and 704(a)(9) with the Court within **30 days** of the entry of this order, with a copy to be mailed to the United States Trustee;

3. *[If checked]*  ✓  The debtor(s) shall remit to the Clerk of the United States Bankruptcy Court an additional filing fee of **$932.00** within **14 days** of the entry of this order.

4. The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(A), shall file with the Court within **14 days** after the conversion of this case as applicable, either:
   (a) a schedule of unpaid debts incurred after commencement of original bankruptcy case, and a list of creditors in the format required by the Clerk, **or**
   (b) a certification that no unpaid debts have been incurred since the commencement of the case; *[If the debtor fails to file the schedule and list referred to on the date of conversion of the case, any such subsequent filing shall be treated as an amendment under Local Bankruptcy Rule 1009-1 and the debtor shall be required to give all required notices and distribute all required copies, including copies to the trustee and the United States Trustee.]*

5. *[If original case filed on or after October 17, 2005]* The debtor(s), pursuant to Local Bankruptcy Rule 1017-1(C) and FRBP 1007(b)(5), shall file with the Court within **14 days** after the conversion of this case a Chapter 11 Statement of Current Monthly Income, Official Form B22B

6. The debtor(s), pursuant to Federal Rule of Bankruptcy Procedure 1007(d), shall file with the Court a List of 20 largest Unsecured Creditors within **14 days** of the entry of this order.

7. *[If Applicable]* If the debtor(s) have been making payments by payroll deduction, the employer as set forth in the order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

It is further **ORDERED** that the debtor's failure to comply with any of the requirements as set out in paragraph numbered **3** above will result in the case being dismissed.

Date:  Oct 21 2015                                          /s/ Robert G. Mayer
                                                            United States Bankruptcy Judge

                                                            NOTICE OF JUDGMENT OR ORDER
                                                            ENTERED ON DOCKET:
                                                             10/22/2015 sas

[ocon1311 ver. 11/12]